IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 10-00040-WS-N |
| ) | (Civil Action No. 12-00017-WS) |
| ALFREDO MANUEL RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated February 26, 2014, is **ADOPTED** as the opinion of this Court.

It is so **ORDERED**.

**DONE** this 31st day of March, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE