IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 10-00040-WS-N |
| ) | (Civil Action No. 12-00017-WS) |
| ALFREDO MANUEL RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that the § 2255 motion filed by Alfredo Manuel Rodriguez is hereby **DENIED**. It is further declared that petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** this 31st day of March, 2014.

                                           s/WILLIAM H. STEELE
                                           CHIEF UNITED STATES DISTRICT JUDGE